# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00217-CR

**The State of Texas, Appellant**

**v.**

**Nathan Kriechbaum, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NO. C-1-CR-09-219356, HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State has filed a motion to withdraw its notice of appeal, explaining that the appellee has entered into a plea agreement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:  May 20, 2010

Do Not Publish